# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> WILLIAM HERNANDEZ ROBLES <br> KATHYDELL FUENTES RIOS <br><br> DEBTOR (S) | CASE NO.:10-06396 BKT <br><br> CHAPTER 7 (NO ASSET CASE) |

**PROPOSED AMENDMENT TO SCHEDULES B AND C**

**TO THE HONORABLE COURT:**

**COMES** now Debtor (s) represented by the undersigned counsel and respectfully Allege (s) and Pray (s) as follows:

1. On July 16th, 2010 Debtor filed the instant bankruptcy petition.

2. _**Amend Schedule B & C in order to disclose potential torts case and claim exempt in Schedule C. Enclosed Please Find Proposed Amendment to Schedule B.**_ _Exhibit I & II_

**WHEREFORE,** it is respectfully requested of this Honorable Court that this motion be granted and this Honorable Court approve the above indicated Amendments.

In San Juan, Puerto Rico, this 5th, day of August, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee

Jose R. Carrion, Esq., US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                              **RESPECTFULLY SUBMITTED**

                              */s/Marilyn valdes Ortega*
                              **MARILYN VALDES ORTEGA**
                              USDC PR 214711
                              P.O. BOX 195596
                              SAN JUAN, PR 00919-5596
                              Tel. (787) 758-4400
                              Fax. (787) 763-0144
                              E-mail: <u>valdeslaw@prtc.net</u>

IN RE HERNANDEZ ROBLES, WILLIAM & FUENTES RIOS, KATHYDELL Case No. 10-06396-13
 Debtor(s) (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT ENDING NUMBER 9653 AT BANCO POPULAR DE PUERTO RICO | J | 30.00 |
| | | SAVINGS ACCT AT BANCO SANTANDER | J | 40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SECURITY DEPOSITS WITH PUBLIC UTILITIES, ELECTRIC POWER AND WATER AND SAWER AUTHORITY | J | 150.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | BEDROOM SET, LIVING ROOM SET, DINING ROOM SET, TV, VCR, DVD PLAYER, STEREO, RADIO, FANS, STOVE, MICROWAVE, REFRIGERATOR, AIR CONDITIONER, WASHER, DRYER, COMPUTER, PRINTER | J | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | J | 1,500.00 |
| 7. Furs and jewelry. | | JEWELRY | J | 600.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | POSSIBLE TORTS ACCION AGAINST HOSP AUXILIO MUTUO, ET. ALS FOR BOTH PARENTS AND CHILD FOR MEDICAL MALPRACTICE. | J | 1.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | ISUZU RODEO 1992 | J | 3,000.00 |
| | | MAZDA PROTEGE 1999 | J | 3,475.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE HERNANDEZ ROBLES, WILLIAM & FUENTES RIOS, KATHYDELL Case No. 10-06396-13
Debtor(s) (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 13,796.00 |

___0___ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

IN RE HERNANDEZ ROBLES, WILLIAM & FUENTES RIOS, KATHYDELL    Case No. 10-06396-13
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| CHECKING ACCOUNT ENDING NUMBER 9653 AT BANCO POPULAR DE PUERTO RICO | 11 USC § 522(d)(5) | 30.00 | 30.00 |
| SAVINGS ACCT AT BANCO SANTANDER | 11 USC § 522(d)(5) | 40.00 | 40.00 |
| SECURITY DEPOSITS WITH PUBLIC UTILITIES, ELECTRIC POWER AND WATER AND SAWER AUTHORITY | 11 USC § 522(d)(5) | 150.00 | 150.00 |
| BEDROOM SET, LIVING ROOM SET, DINING ROOM SET, TV, VCR, DVD PLAYER, STEREO, RADIO, FANS, STOVE, MICROWAVE, REFRIGERATOR, AIR CONDITIONER, WASHER, DRYER, COMPUTER, PRINTER | 11 USC § 522(d)(3) | 5,000.00 | 5,000.00 |
| CLOTHING | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| JEWELRY | 11 USC § 522(d)(4) | 600.00 | 600.00 |
| POSSIBLE TORTS ACCION AGAINST HOSP AUXILIO MUTUO, ET. ALS FOR BOTH PARENTS AND CHILD FOR MEDICAL MALPRACTICE. | 11 USC § 522(d)(11)(D) | 1.00 | 1.00 |
| ISUZU RODEO 1992 | 11 USC § 522(d)(2) | 3,000.00 | 3,000.00 |
| MAZDA PROTEGE 1999 | 11 USC § 522(d)(2) | 3,475.00 | 3,475.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE HERNANDEZ ROBLES, WILLIAM & FUENTES RIOS, KATHYDELL          Case No. 10-06396-13
                                    Debtor(s)                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **7** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 4, 2010**              Signature: **/s/ WILLIAM HERNANDEZ ROBLES**
                                                 WILLIAM HERNANDEZ ROBLES

Date: **August 4, 2010**              Signature: **/s/ KATHYDELL FUENTES RIOS**
                                                 KATHYDELL FUENTES RIOS
                                                 [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:                    Signature:

                                                                                (Print or type name of individual signing on behalf of debtor.)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Label Matrix for local noticing
0104-3
Case 10-06396-BKT13
District of Puerto Rico
Old San Juan
Thu Aug  5 08:31:34 AST 2010

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

CITIFINANCIAL
PO BOX 71328
SAN JUAN, PR  00936-8428

FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE  19886-5019

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1327

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR  00969

JC PENNEY
PO BOX 960090
ORLANDO, FL  32896-0090

LCDO ALEJANDRO CAMPORREALE MUNDO
PO BOX 195369
SAN JUAN, PR  00919-5369

NCO FINANCIAL SYSTEMS OF PUERTO RICO
PO BOX 192478
HATO REY, PR  00919-2478

OLD NAVY
PO BOX 530942
ATLANTA, GA  30353-0942

SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369

SEARS
PO BOX 183081
COLUMBUS, OH  43218-3081

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR  00902-3884

KATHYDELL FUENTES RIOS
RR-6 BOX 3951
TOA ALTA, PR  00953-8321

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR  00919-5596

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR  00901-1938

WILLIAM HERNANDEZ ROBLES
RR-6 BOX 3951
TOA ALTA, PR  00953-8321

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17