# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: WILLIAM HERNANDEZ ROBLES
KATHYDELL FUENTES RIOS

Bkrtcy. No. 10-06396-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jul 16, 2010
Meeting Date: Aug 19, 2010
DC Track No.: 17

Days from petition date: 34
Meeting Time: 11:00 AM

910 Days before Petition: 1/18/2008
☐ Chapter 13 Plan Date: Aug 04, 2010 Dkt.# 14   ☐ Amended.

This is debtor(s) ___ Bankruptcy petition.
Plan Base: $12,075.00

This is the ___ Scheduled Meeting
Confirmation Hearing Date: Sep 17, 2010   Time: 2:30 PM

Payment(s) ☐ Received or ☒ Evidence shown at meeting:
Ck/MO No.: 1026
Date: 8/13/10
Amount: $275.00
Total Paid In: ~~$0.00~~

### I. Appearances:
☐ Telephone ☐ Video Conference   ☐ Creditor(s) present:  ☒ None.

☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent
☒ Joint Debtor Present   ☒ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were   ☒ Examined   ☐ Not Examined under oath.
Attorney for Debtor(s)   ☒ Present   ☐ Not Present
☐ Substitute attorney: M. Valdes   ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00   Paid Pre-Petition: $100.00   Outstanding: $2,900.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are)   ☐ Under   ☒ Above Median Income.   Liquidation Value: $563.00
Commitment Period is   ☐ 36   ☒ 60 months.   [§1325(b)(1)(B)]   Gen. Unsecured Pool: TBD (2)

The Trustee   ☐ RECOMMENDS   ☒ OBJECTS   Plan confirmation.

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☒ CLOSED   ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: ___

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Submit tax returns evidence of filed 2006-2009 - review at 341.
(2) Submit pay stubs to our system in order to evaluate Sch. J
(3) Trustee to review line #21 listed in Sch. B and how Plan is affected.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Aug 19, 2010